UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  SACV 10-142-JST (RNBx)            Date:  February 8, 2012
Title: Hwa Yon Cho v. HSBC Bank USA, et al.

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

| Ellen Matheson | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

  Not Present                                      Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER TO SHOW CAUSE RE: FAILURE TO PROSECUTE AS TO DEFENDANTS YOUNG KWON, CENTURY 21, AND JEENA HAN**

     On January 30, 2012, in response to the Court's request, the parties filed a joint status report regarding Defendants Young Kwon, Century 21, and Jeena Han ("Defendants").  (Joint Status Report, Doc. 86.)  The parties informed the Court that these Defendants have not been served with the First Amended Complaint, which was filed on June 2, 2012.  (*Id.*; First Amended Complaint, Doc. 31.)  Furthermore, Plaintiff has no immediate plans to serve these Defendants.  (Joint Status Report at 1.)  Accordingly, Plaintiff is ordered to show cause in writing no later than **February 29, 2012**, why this action should not be dismissed, as to Defendants Young Kwon, Century 21, and Jeena Han, for failure to prosecute.

                                                           Initials of Preparer:  ag